UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-61719-BB

GARFIELD SPENCE, individually,

  Plaintiff

v.

GOLDEN TRIANGLE PROPERTIES, INC.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW Defendant GOLDEN TRIANGLE PROPERTIES, INC. ("Defendant") and Plaintiff GARFIELD SPENCE, individually ("Plaintiff"), by and through their undersigned counsel, and being all of the parties to this action, jointly stipulate and agree pursuant to applicable rules that this action, and each and every count and claim asserted therein, be dismissed without prejudice, each party to bear their own costs, expenses and fees.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 1, 2023, a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive electronic notifications in this matter.

| | |
|---|---|
| / s / Alberto R. Leal, Esq. . | /s/ Keith T. Grumer, Esq. |
| Alberto R. Leal, Esq., P.A. | KEITH T. GRUMER, ESQ. |
| Florida Bar No.: 1002345 | Florida Bar No. 504416 |
| 8927 Hypoluxo Rd. #157 | GRUMER LAW, P.A. |
| Lake Worth, FL 33467 | *Attorneys for Defendant* |
| Phone: 954-637-1868 | 2482 Eagle Watch Court |
| E-Mail: albertolealesq@gmail.com | Weston, Florida 33327 |
| Attorney for Plaintiff | Tel: 954-303-3000 |
| | Primary E-mail: kgrumer@grumerlaw.com |
| | Secondary E-mail: slopez@grumerlaw.com |
| | eservice@grumerlaw.com |

2

**GRUMER LAW, P.A.**
2482 Eagle Watch Court, Weston, Florida 33327; Tel: (954) 303-3000
Email: eservice@grumerlaw.com; kgrumer@grumerlaw.com